## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VICTOR SOUSA | No. 1:23-cr- |

## INFORMATION

The United States Attorney charges:

## COUNT ONE
False Statements to the Government
(18 U.S.C. § 1001)

On about November 18, 2022, in the District of Maine, the defendant,

## VICTOR SOUSA

willfully made false, fictitious and fraudulent material statements and representations in a matter within the jurisdiction of an of an agency of the United States. Namely, that in response to questions from a Task Force Officer with the Drug Enforcement Administration, the defendant stated that he did not know particular individuals who were the subjects of an ongoing federal narcotics investigation (hereinafter "Subject A" and "Subject B"). Whereas, at the time the defendant made these statements, the defendant did know Suspect A and Suspect B very well. In fact, the defendant recently lived at Suspect A's house for an entire summer and Subject B supplied the defendant with narcotics.

Thus, the defendant violated Title 18, United States Code, Section 1001.

**DARCIE N. MCELWEE**
United States Attorney

Date:  November 16, 2023            **BY:  /s/ ANDREW MCCORMACK**
ANDREW MCCORMACK
Assistant United States Attorney